184 So. 910

**Ora ALLEN v. STATE.**
4 Div. 455.

Court of Appeals of Alabama.
Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

---

186 So. 914

**Annie ANDREWS v. STATE.**
8 Div. 704.

Court of Appeals of Alabama.
Jan. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

184 So. 910

**Wade ANDREWS v. STATE.**
4 Div. 432.

Court of Appeals of Alabama.
Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

184 So. 910

**Wade ANDREWS v. STATE.**
4 Div. 438.

Court of Appeals of Alabama.
Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

---

181 So. 916

**W. T. ARGENT v. STATE.**
6 Div. 256.

Court of Appeals of Alabama.
May 10, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

181 So. 916

**Walter ARTHUR v. STATE.**
6 Div. 257.

Court of Appeals of Alabama.
May 10, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.